# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
| | |
|---|---|
| MELANIE A. FRAMPTON, | * |
| | * No. 13-892V |
| Petitioner, | * Special Master Christian J. Moran |
| | * |
| v. | * Filed: March 17, 2015 |
| | * |
| SECRETARY OF HEALTH | * Attorneys' fees and costs; award |
| AND HUMAN SERVICES, | * in the amount to which respondent |
| | * does not object. |
| Respondent. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>Jeffrey Golvash</u>, Brennan, Robins & Daley, P.C., Pittsburgh, PA, for petitioner;
<u>Ryan Pyles</u>, United States Dep't of Justice, Washington, DC, for respondent.

## UNPUBLISHED DECISION ON FEES AND COSTS[1]

On March 13, 2015, petitioner filed a stipulation of fact concerning final attorneys' fees and costs in the above-captioned matter. Previously, petitioner informally submitted a draft application for attorneys' fees and costs to respondent for review. Upon review of petitioner's application, respondent does not object to the amount requested. The Court awards the amount to which respondent does not object.

On November 12, 2013, Melanie Frampton filed a petition for compensation alleging that the trivalent influenza ("flu") vaccine, which she received on or about November 12, 2010, caused her to develop paresthesias, a myelopathy, and/or myelitis. Petitioner received compensation based upon the parties'

---

[1] The E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899, 2913 (Dec. 17, 2002), requires that the Court post this ruling on its website. Pursuant to Vaccine Rule 18(b), the parties have 14 days to file a motion proposing redaction of medical information or other information described in 42 U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special master will appear in the document posted on the website.

stipulation.  <u>Decision</u>, filed February 3, 2015.  Because petitioner received compensation, she is entitled to an award of attorneys' fees and costs.  42 U.S.C. § 300aa-15(e).

Petitioner seeks a total of **$16,182.51** in attorney and paralegal fees and **$918.63** in costs.  In compliance with General Order No. 9, petitioner has incurred no out-of-pocket litigation expenses while pursuing this claim.  Respondent has no objection to the amount requested for attorneys' fees and costs.

After reviewing the request, the Court awards the following:

**A lump sum of $17,101.14 in the form of a check made payable to petitioner and petitioner's attorney, Jeffrey Golvash for attorney's fees and other litigation costs available under 42 U.S.C. § 300aa-15(e).**

The Court thanks the parties for their cooperative efforts in resolving this matter.  The Clerk shall enter judgment accordingly.

Any questions may be directed to my law clerk, Christina Gervasi, at (202) 357-6360.

**IT IS SO ORDERED.**

s/Christian J. Moran<br>
Christian J. Moran<br>
Special Master